In the Matter of
the Complying Status of
Spencer House Moving Company, NCE.
Ronald G. MILLER,
*Petitioner,*

*v.*

Carl SPENCER,
dba Spencer House Moving Company;
SAIF Corporation; and
Department of Insurance and Finance,
*Respondents.*

(WCB 90-21911; CA A78348)

858 P2d 924

Dan Steelhammer, Bend, argued the cause for petitioner. With him on the brief was Brothers, Drew & Steelhammer, Bend.

Stephen P. Forte, Bend, argued the cause and filed the brief for respondent Carl Spencer.

Katherine H. Waldo, Assistant Attorney General, Salem, argued the cause for respondent Department of Insurance and Finance. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance by respondent SAIF Corporation.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Ferland v. McMurtry Video Productions,* 116 Or App 405, 841 P2d 1200 (1992).